**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy L Twibell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Marci A Twibell** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**AgriSompo**
7170 S Adams Central Ave
Hastings, NE 68901

What is the nature of the claim?   Crop Insurance   $6,795.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:      -
     Unsecured claim

Contact
Contact phone

**2**
**AMI Accountsx Management, Inc**
PO Box 1843
Sioux Falls, SD 57101-1843

What is the nature of the claim?   Avera St Anthony's Hospital Account   $5,552.48

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

B104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

Debtor 1   **Timothy L Twibell**
Debtor 2   **Marci A Twibell**                                              Case number (if known)

Contact phone                                     Value of security:     -
                                                  Unsecured claim

---

**3**
**Anson Electric, Inc**
427 Main St
Ewing, NE 68735

What is the nature of the claim?                                            $1,207.05

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:     -
         Unsecured claim

Contact
Contact phone

---

**4**
**Bank of America**
PO Box 851001
Dallas, TX 75285-1001

What is the nature of the claim?                                            $3,766.83

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:     -
         Unsecured claim

Contact
Contact phone

---

**5**
**Brunswick State Bank**
226 2nd St
Brunswick, NE 68720

What is the nature of the claim?                                            $1,880,791.08

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $1,880,791.08
         Value of security:     - $0.00
         Unsecured claim          $1,880,791.08

Contact
Contact phone

---

**6**
**Brunswick State Bank**
226 2nd St
Brunswick, NE 68720

What is the nature of the claim?                                            $759,138.54

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
  Disputed

---

| Debtor 1 | Timothy L Twibell | | |
|---|---|---|---|
| Debtor 2 | Marci A Twibell | Case number (if known) | |

☐
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $759,138.54
    Value of security:   - $0.00
    Unsecured claim   $759,138.54

Contact

Contact phone

---

**7**

**Chrysler Capital**
P.O. Box 660335
Dallas, TX 75266

What is the nature of the claim?   **2022 Ram 3500 Crew Cab**   **$33,294.64**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $33,294.64
    Value of security:   - $0.00
    Unsecured claim   $33,294.64

Contact

Contact phone

---

**8**

**Discover Card**
PO Box 30421
Salt Lake City, UT 84130-0421

What is the nature of the claim?   **Credit Card**   **$6,890.40**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

Contact

Contact phone

---

**9**

**Ferguson Ag**
86285 509th Ave
Orchard, NE 68764

What is the nature of the claim?   **Fertilizer, supplies**   **$3,407.47**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -

Contact

| Debtor 1 | Timothy L Twibell |
|---|---|
| Debtor 2 | Marci A Twibell |

Case number (if known) _____

Contact phone _____        Unsecured claim _____

---

**10**

**JCB Finance**
**PO Box 776908**
**Chicago, IL 60677-6908**

What is the nature of the claim?        Unknown

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)        Unknown
  Value of security:        - $0.00
  Unsecured claim        Unknown

Contact _____

Contact phone _____

---

**11**

**JCB Finance**
**PO Box 776908**
**Chicago, IL 60677-6908**

What is the nature of the claim?    **Telescopic Handler Insurance**    **$34,763.45**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:        - _____
  Unsecured claim        _____

Contact _____

Contact phone _____

---

**12**

**Nebraska Dept. of Revenue**
**PO Box 98915**
**Lincoln, NE 68509**

What is the nature of the claim?    **Individual Income Tax Due**    **$10,367.72**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:        - _____
  Unsecured claim        _____

Contact _____

Contact phone _____

---

**13**

**Scheels**
**First Nationalk Bank of Omaha**
**PO box 3696**

What is the nature of the claim?        **$26,767.95**

---

1/19/26 12:03PM

Debtor 1  Timothy L Twibell
Debtor 2  Marci A Twibell                                    Case number (if known) _____

☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  _____
         Value of security:          - _____
Contact _____
                                           Unsecured claim  _____
Contact phone _____

---

| 14 | Scheels<br>First Nationalk Bank of Omaha<br>PO box 3696<br>Omaha, NE 68103-0696 | What is the nature of the claim? | $26,767.95 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  _____
Contact _____         Value of security:          - _____
Contact phone _____         Unsecured claim  _____

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X /s/ Timothy L. Twibell           X /s/ Marci A Twibell
Timothy L. Twibell                 Marci A Twibell
Signature of Debtor 1              Signature of Debtor 2

Date  January 19, 2026             Date  January 19, 2026