IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

Re:    Timothy Twibell
and
Marci Twibell

I, Galen E. Stehlik, attorney at law,  represent the Debtors, Timothy Twibell and Marci Twibell.  Timothy Twibell and Marci Twibell are self-employed.  They do not have any pay advices.

_____
Galen E. Stehlik, Attorney

STATE OF NEBRASKA    )
                     ) ss
COUNTY OF HALL       )

The foregoing instrument was acknowledged before me on this 20 day of January, 2026, by Galen E. Stehlik.

_____
Notary Public

GENERAL NOTARY - State of Nebraska
BONNIE L. WILL
My Comm. Exp. June 28, 2027

PREPARED BY:
Galen E. Stehlik, #15578
Stehlik Law Firm, P.C. L.L.O.
724 West Koenig Street
Grand Island, NE  68801
T: (308) 675-4035
F: (308) 675-4038
galen.stehlik@stehliklawfirm.com