hrgobj (03/22)

## UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re:

| | |
|---|---|
| Timothy L Twibell and Lazy T Tire & Implement, LLC | Bankruptcy Proceeding No.  26–40060–BSK<br>Chapter  11 |
| Debtor(s) | |
| | Judge:  Brian S. Kruse |

### Notice Setting Objection / Resistance Deadline and Hearing

The last day to object or resist the Motion for Relief From Stay filed by Creditor Brunswick State Bank (Fil. #67) is **February 27, 2026**. The objection or resistance must comply with Neb. R. Bankr. P. 9013–1. If an objection or resistance is not timely filed, the court may enter an order granting the relief requested without further notice or hearing.

If an objection or resistance is properly and timely filed, a hearing will be held on **March 9, 2026** at **11:00 AM**, CENTRAL TIME in the **Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, NE 68102**. The hearing will be conducted on affidavit evidence, which must be submitted to the court and opposing parties by **March 4, 2026**.

If the motion is a motion to extend the automatic stay, the automatic stay is extended until the resistance period on debtor's motion expires, and a ruling is issued.

If the motion is a motion for relief from stay, the hearing will be a final hearing under 11 U.S.C. 362(d) and (e) unless the court expressly treats it as a preliminary hearing.

Parties may appear by telephone. You must call the Cisco Webex TeleConference Center at least 5 minutes before the hearing is scheduled to begin. Telephone hearing instructions and protocol are attached. The toll–free call–in number and access number may not be the same for every hearing. The required call–in information is:

<div align="center">

TOLL FREE CALL IN NUMBER 1–855–244–8681
ACCESS CODE 230 841 91961
ATTENDEE ID NUMBER: N/A, INSTEAD PRESS # TO BYPASS

</div>

If you plan to appear in the courtroom for the hearing and require equipment for the hearing impaired, please notify the courtroom department at least twenty–four hours before the hearing is scheduled to begin.

**Attention Movant: You must** immediately serve notice of the motion and this notice on all parties in interest affected by the motion or order who did not receive notice via the CM/ECF system, and if any parties were served, the movant must file a certificate of service.

Dated:  2/11/26

<div align="right" style="margin-right:30%">

Kyle L. Crockett
Clerk, U.S. Bankruptcy Court

</div>

Copies served by the court on the movant.
James Meuret

(02/22)

### Instructions to Enter Telephone Conference

1. Dial the TOLL–FREE CALL–IN NUMBER from the hearing notice.
2. Enter the ACCESS CODE from the hearing notice. You will be placed on hold until the call is activated.
3. When prompted for the ATTENDEE ID NUMBER, press the # key to bypass. Wait for the call to begin.
4. Do not state your name or speak unless prompted by the court.


### Telephone Hearing Protocol

- If you do not call in, the hearing will proceed as scheduled.
- Conference calls will be heard throughout the courtroom.
- Do not make noise.
- Do not put your phone on hold.
- Do not use a speakerphone.
- Mute your telephone when appropriate. Press *6 to mute your line. Press *6 again to un–mute your line.
- Call from a land line to avoid dropped cellular calls and static.
- Observe proper telephone etiquette.

Thank you for your cooperation. It will expedite the hearing.