ntcnc (04/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

   Timothy L Twibell and Marci A Twibell

   Debtor(s)

Bankruptcy Proceeding No. 26–40060–BSK
Chapter 11

Judge: Brian S. Kruse

**NOTICE OF NONCOMPLIANCE**

ISSUE:    Motion to Convert to Chapter 7 Bankruptcy Proceeding

MOVANT:    Galen E. Stehlik

    Movant has failed to comply with Neb. R. Bankr. P. 9013–1. The rule requires the movant attach to the certificate of service a copy of the mailing matrix generated by the CM/ECF System. The mailing matrix also must be dated as of the date of service. See Neb. R. Bankr. P. 9013–1. If the movant does not file an amended certificate of service within 14 days, the relief requested will be denied without prejudice.

Dated: 2/23/26

                                                          Kyle L. Crockett
                                                          Clerk, U.S. Bankruptcy Court

Copies served by the court on the movant.