IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:                     )        CASE NO. BK 26-40060
                                      )                Chapter 7
TIMOTHY L. TWIBELL,                   )
MARCI A. TWIBELL,                     )
                                      )
        Debtor.                       )

APPLICATION FOR APPROVAL OF SALE BY PUBLIC AUCTION FREE AND CLEAR OF
LIENS; NOTICE OF OBJECTION/RESISTANCE DEADLINE;
AND CERTIFICATE OF SERVICE

COMES NOW the Trustee and for his Application for Approval of Sale by Auction Free
and Clear of Liens, alleges as follows:

1. Among the assets of the bankruptcy estate are non-exempt personal property items, as
listed on Exhibit A, the Online Auction Listing Agreement, attached hereto.

2. The Trustee proposes to sell these items by auction conducted by BigIron Auctions, a
bonded and licensed auction company. The auctioneer will be paid a commission of the gross
proceeds from the sale of the non-exempt property, based upon the fee schedule attached hereto as
Exhibit B, plus advertising, sale expenses and fees.

The sale dates will begin on July 1, 2026 and closing on July 15, 2026, via BigIron.com
online auction. The items listed will be sold to the highest bidder.

3. Based upon the sale proceeds, there may be income tax due if there is enough money
generated from the sale. Tax will be due based upon applicable income tax rate.

4. If the sale is approved by the Court, Trustee may execute a Bill of Sale or Certificate of
Title for any titled vehicles to complete the sale transactions.

WHEREFORE, the Trustee prays for an order of the court allowing him to sell the non-
exempt personal property at public auction free and clear of liens under the terms and conditions
set forth above, by Big Iron Auctions and pay the sales commission and expenses.

Nebraska Rule of Bankruptcy Procedure 9013 provides that all resistances to the Trustee's
Application for Approval of Sale by Public Auction Free and Clear of Liens shall set forth the
specific factual and legal basis and conclude with a particular request for relief and shall be served
in conformance with Nebraska Rule of Bankruptcy Procedure 9014.

IF NO WRITTEN RESISTANCE OR REQUEST FOR HEARING IS FILED WITH THE BANKRUPTCY COURT CLERK, ROMAN L. HRUSKA, UNITED STATES COURTHOUSE, 111 SOUTH 18TH PLAZA, SUITE 1175, OMAHA, NEBRASKA, 68102 AND SERVED UPON PHILIP KELLY, TRUSTEE, ON OR BEFORE __June 24, 2026__, THE BANKRUPTCY COURT WILL CONSIDER ENTERING AN ORDER GRANTING THE RELIEF SOUGHT IN THE TRUSTEE'S APPLICATION FOR APPROVAL OF SALE BY PUBLIC AUCTION FREE AND CLEAR OF LIENS. If a timely resistance or request for hearing is filed and served, the Bankruptcy Court will schedule a hearing with notice of the hearing being limited to parties who timely file a written resistance or request for hearing and the Trustee.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

DATED: __06/03/2026__

PHILIP M. KELLY, Trustee

By _/s/ Philip M. Kelly_
Philip M. Kelly, NSBA #15427
DOUGLAS, KELLY, OSTDIEK, SNYDER, OSSIAN and VOGL, P.C.
105 E 16th Street – PO Box 419
Scottsbluff   NE  69363-0419
Telephone: (308) 632-7191
FAX: (308) 635-1387
E-mail: pkelly@scottsblufflaw.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent this 3rd day of June, 2026 by regular United States mail, sufficient postage attached, to all parties on the attached mailing matrix, except for those receiving notification electronically via the CM/ECF system as indicated by a (+) beside their name on the attached matrix.

_/s/ Philip M. Kelly_
Philip M. Kelly, NSBA #15427



**www.bigiron.com**
**1-800-937-3558**

**www.sullivanauctioneers.com**
**1-844-847-2161**



## Online Auction Listing
## & Marketing Agreement

This Auction Listing Agreement ("Agreement") is by and between the Seller (including but not limited to its directors, officers, employees, agents, members, parents, successors, heirs, designees, predecessors, affiliates and related companies), identified below, and Big Iron Auction Company and its applicable affiliates and related companies ("Companies"). The Companies and the Seller may be referred to collectively herein as ("the Parties"). The Seller authorizes the Companies to sell Seller's Equipment on the following online auction ("Auction"):

**Seller Legal Name Section**          Preferred Auction Date: __TBD__

Name (If Company) _Philip M Kelly, Trustee of the Timothy L Twibell and Marci A Twibell Bankruptcy # BK 26-40060_

Seller Representative Name (if Company / Entity) _Philip M Kelly_          Title _Bankruptcy Trustee_

Name (If Individual) First _____          Last_____

Co-Owner (If applicable) _____

Name verification document: _____ Driver's License          _____ Passport          _____ Gov't ID

**Name to appear on public website:** _Philip Kelly, Bankruptcy Trustee_

**Seller Information:**

Physical Address: _105 E 16th St_          City: _Scottsbluff_          State: _NE_

Zip Code: _69361-3140_          County: _Scotts Bluff_          Bidder #: _____

Primary Phone: _308-631-7191_          Alternate Phone: _____

Email: _pkelly@scottsblufflaw.com_          Fax: _____

Contact Name: _Jake Morten_          Contact Phone: _308-991-5151_

**Seller Payee Information:**
This information is mandatory. Payee information can only be changed after agreement has been signed by the Companies' Finance Department. Settlement will be mailed within 14 calendar days.

Name to appear on settlement check[1]: _Philip M Kelly - Bankruptcy Trustee_

Mailing Address: _105 E 16th St_          City: _Scottsbluff_          State: _NE_          Zip: _69361_

The following Terms and Conditions apply to any online auction Listing Agreement ("Agreement") between you, the Seller (as defined in the Listing Agreement and referred to herein as "you" and "your"), and the Companies.

PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY.

1.   **Services**. You authorize the Companies to sell the equipment, machinery, tools, vehicles, and other items (the "Equipment") as described in Schedule A of the Listing Agreement, on the Companies' Online Unreserved Timed Equipment Auction (the "Auction").

2.   **Exclusive Listing on Unreserved Auction**. The Equipment will be listed for sale exclusively and solely with the Companies. You understand that all auctions of Equipment are absolute auctions, with no minimums, no reserves, no one bidding for you, and no buybacks.

3.   **Shill Bidding**. You will not use an alias or collude with others to make an offer directly or indirectly, or place bids on your Equipment, the Companies may, at its option, apply liquidated damages defined in paragraph 11, and/or ban you from future use of the Auction. Any family members or business

Rev 11.11.2025
Doc ID: 91f161e7b6340c8cd296e1248efe862472e7034a

partners who would like to bid on Seller's items, must submit a bid request form and be approved to bid before Seller's items open for bid, 21 days prior to auction close.

4. **Representations and Warranties**. As a Seller, you represent and warrant that you have the legal right and/or authority to sell the Equipment and that you are accurately representing and fully disclosing the condition of the equipment to be sold on the auction.

5. **Encumbrances**. As a Seller, you authorize any secured creditor to release to the Companies any requested information regarding liens, loans or security agreements on items financed or held as collateral.

6. **Titles**. Before any Equipment subject to a certificate of title will be listed on the Auction, you agree to deliver to the Companies the endorsed and transferrable Department of Motor Vehicle Title, Manufacture's Certificate of Origin and any other documents required to transfer title of the Equipment to any Buyer. Prior to delivery, you will endorse titles and documents by your signature or power of attorney, as required, so that the Buyer may properly register and license the Equipment sold.

7. **Release of Item(s):**. You shall not release any Equipment to the Buyer unless you are presented with the Companies' invoice marked "PAID IN FULL" by the Buyer or the Buyer's agent. Once presented with an invoice marked "PAID IN FULL," you must release the Equipment to the Buyer.

8. **Collapsed Sale**. A "Collapsed Sale" shall be a sale that for any reason becomes null and void. You acknowledge that the Companies reserve the right to collapse any sale between you and the Buyer for any reason and may return any or all funds to the Buyer.

9. **Seller Commission**. You agree to pay the Seller Commission ("Commission") set forth in this Section 9 for BigIron's services. The Commission will be deducted from the sale proceeds of the Equipment.

   a.   You agree to pay BigIron a Commission of ___**15%**___ on the Gross Merchandise Sale Value (GMV) or closing auction sale price of the Equipment.

10. **Seller Investment**.

   a.   Auction Services. BigIron can handle coordination of additional auction services on the specified pieces of Equipment on Schedule A. These services include but are not limited to, make-ready, washing, detailing, set-up, staging, inspecting, load-out, and other services that are mutually agreed to with Seller (the "Auction Services"). All Auction Services completed by BigIron will be deducted from sale proceeds.

   b.   Auction Advertising. The Auction will be exclusively promoted, advertised, and marketed by BigIron, through one or more of the following: internet, Newspaper, Radio, Trade Shows, Bulk Mailing/Emailing, and Major Trade Publications. BigIron shall have the authority to determine the method and extent of such marketing and advertising, at its sole discretion. You may invest in additional targeted marketing to draw attention to your items from BigIron.

   c.   Total Seller Investment authorized: $_____. Total Seller Investment authorized will be deducted from the sale proceeds of the Equipment.

11. **Liquidated Damages. You and the Companies acknowledge and agree that should you: (i) engage in shill bidding in breach of Section 3; (ii) withdraw the Equipment from the Auction in breach of this Agreement; (iii) breach any of your representations and warranties under Section 4; (iv) provide false or misleading information regarding the Equipment; or (v) fail to release the Equipment to a winning Buyer as required under this Agreement, the damages which the Companies might suffer are not reasonably ascertainable because of their indefiniteness or uncertainty. As such, you shall pay liquidated damages to the Companies in the amount of 25% of the gross selling price of the Equipment that is sold or, if no Equipment is sold, then 25% of the estimated value of the Equipment that was to be sold.**

12. **Miscellaneous**.

   a.   Jurisdiction and Venue. The Agreement shall be binding and effective when signed by an authorized representative of the Companies, shall be deemed to have been entered into in Nebraska, and shall be governed and construed in accordance with the laws of State of Nebraska, without regard to its conflict of law provisions. You knowingly and voluntarily consent and submit to the exclusive jurisdiction of the courts of the State of Nebraska for the purposes of adjudicating all rights and liabilities of the Parties pursuant to the Agreement.

   b.   No Oral Modification. The Agreement may not be modified or discharged orally, but only by an agreement in writing signed by the Party against whom enforcement of any waiver, modification or discharge is sought.

13. **Indemnity**. You hereby agree to indemnify, defend and hold the Companies, its subsidiaries and its affiliates, and each of their respective directors, officers, employees, agents, members, parents, successors, assigns, and predecessors (the "Indemnified Parties") harmless from and against any and all claims, causes of action, demands, liabilities, losses, damages, judgments, penalties, and expenses and charges of any kind and nature, including interest, reasonable attorney fees and other costs (collectively "Liabilities") arising out of, resulting from, or based upon the following: (i) your breach of any provision, warranty, covenant, or representation contained in the Agreement, (ii) deficiencies in the provision of documents required for the purpose of titling or registering any part of the Equipment by any Buyer thereof, (iii) Encumbrances against or defects in title to, or taxes or customs duties payable in respect of, the Equipment or any part thereof, and (iv) any death, bodily injury or property damage occurring or alleged to have occurred as a result of inspections and showings to potential buyers and the Companies.

**Notes:**

**Representation:** Seller will allow the Companies to use Seller's name as it appears above and phone number in all advertising by the Companies or on its behalf.

Doc ID: 91f161e7b6340c8cd296e1248efe862472e7034a

I have read, understand and agree to the Companies' Terms & Conditions. I acknowledge my request to list the Equipment with the Companies is in accordance with the Companies' Terms & Conditions and all applicable laws. This Agreement may be executed in counterparts and transmitted by facsimile machine, telecopier, electronic mail, or PDF, each of which shall be deemed to be an original of the Agreement.

Seller: Philip M Kelly, Trustee of the Timothy L Twibell and Marci A Twibell Bankruptcy # BK 26-40060

Date: 06 / 01 / 2026

Printed Name of Legal Seller (as listed on page 1)

By: _Philip Kelly_

Signature of Owner / Representative

By: _____

Signature of Co – Owner (if applicable)

Name: Philip M Kelly

Printed Name of Signer

Name: _____

Printed Name of Co – Owner (if applicable)

Title of Signer: __Bankruptcy Trustee__

Sales Rep: __Jake Morten__

Print Name

Sales Rep: _____

Signature

Rev 11.11.2025

Doc ID: 91f161e7b6340c8cd296e1248efe862472e7034a

## SCHEDULE A – DESCRIPTION OF EQUIPMENT (One form per location)    Page _____ of _____

**Exact Equipment Location (Physical Address):**

Same as seller information (Please circle one)   **Yes** (skip to Loading Information)   **No** (Provide equipment location below)

Physical Address: 241 Harrison St _____    City: Orchard _____    State: NE _____

Zip Code: 68764 _____    County: Antelope _____

If no Physical Address: Latitude _____    Longitude _____

Contact Name at Equipment Location: Jake Morten _____    Phone: 308-991-5151 _____

**Loading Information:**

Loading Dock Available    ☐ Yes  ☑ No          Assist with Loading    ☑ Yes ☐ No

If yes, is there a loading charge? $n/a _____

Will any of these lots require disassembly or specialized equipment for loadout?    Yes    (No)

| Tracking ID | Item (Brief Description: Year, Make, Model | SN / VIN | If Titled, Exact Name on Title | Signature per name on Title |
|---|---|---|---|---|
| | 1976 Ford Pickup | F26YLA34231 | | |
| | 2007 Colbalt Boats Fiberglass Boat<br>2007 Yacht Club Boat Trailer | FGE23180K607<br>4H100282070398087 | | |
| | 2012 Polaris Car Hauler | 5WFBE2427CW019219 | | |
| | 2020 Hillsboro Gooseneck Trailer | 1THHA2LL7L1029767 | | |
| | 2025 Can-Am UTV | 3JBUVAX47SK009827 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Seller: Philip M Kelly, Trustee of the Timothy L Twibell and Marci A Twibell Bankruptcy # BK 26-40060    Date: 06 / 01 / 2026
<u>Printed Name of Legal Seller (as listed on page 1)</u>

By: *Philip Kelly*
<u>Signature of Owner / Representative</u>

Name: Philip M Kelly
<u>Printed Name of Signer</u>

Title of Signer: Bankruptcy Trustee

Rev 11.11.2025

Doc ID: 91f161e7b6340c8cd296e1248efe862472e7034a

Exhibit B

Auction Commission rate will be deducted from sales proceeds of the Equipment as shown in the table below. If your gross proceeds for a specific Auction date are less than $50,000, a minimum Auction Commission of 25% will be charged for any piece of Equipment that sells for less than $500. A minimum Auction Commission of 20% will be charged for any piece of Equipment that sells between $500 and $1,500. If the total auction value of a listing is $50,000 or more a flat rate is charged as indicated in the commission table, regardless of the value of individual lots.

| Online Only Unreserved Timed Equipment Auctions | Auction Commission Rate |
|---|---|
| For lots selling less than $500 | 25% per lot |
| For lots selling between $500 and < than $1,500 | 20% per lot |
| $1,500 to $10,000 | 16% |
| >$10,000 to $50,000 | 12% |
| >$50,000 to $125,000 | 11% |
| >$125,000 to $250,000 | 10% |
| >$250,000 to $750,000 | 9.50% |
| >$750,000 to $1,500,000 | 9% |
| >$1,500,000 | 8.50% |

Auction Commission rate is based on individual gross sale totals for a specific Auction date.

Doc ID: c14842d2b897e122812ecf45adb61014859f7345

Label Matrix for local noticing
0867-4
Case 26-40060-BSK
District of Nebraska
Lincoln Office
Wed Jun  3 08:49:58 CDT 2026

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Big Iron Auctions
1145 M Street
Gering, NE   69341-2835

Brunswick State Bank
P.O. Box 29
Brunswick, NE 68720-0029

Ford Motor Credit Company LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Northpoint Commercial Finance, LLC
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068

Santander Consumer USA Inc. dba Chrysler Cap
C/O Stewart, Zlimen & Jungers Ltd.
2860 Patton Road
Roseville, MN 55113-1100

Marci A Twibell
51243 862 Rd
Orchard, NE 68764-5003

Timothy L Twibell
51243 862 Rd
Orchard, NE 68764-5003

AGI Batco
1886  217th Rd
Boone IA 50036-7002

AMI Accountsx Management, Inc
PO Box 1843
Sioux Falls, SD 57101-1843

Aaron Collingham
86314 511 Ave
Orchard, NE 68764-5008

AgriSompo
7170 S Adams Central Ave
Hastings, NE 68901-9708

Alamo Group Ag Americas, LLC
1627 E Walnut St
Sequin, TX 78155-5259

Alkota Cleaning Systems
PO Box 770
Sioux Falls, SD 57101-0770

Ally
PO Box 380902
Minneapolis MN 55438-0902

American National Bank
PO Box 2318
Orlando FL 32816-8700

American Tire Distributors
1415 W Commerce Way
Lincoln, NE 68521-3650

Amtrust Financial Services
800 Superior Ave E 20th Floor
Cleveland, OH 44114-2601

Anson Electric, Inc.
427 Main Street
PO Box 233
Ewing, NE 68735-0233

Antelope County Treasurer
501 M Street Rm 11
Neligh, NE 68756-1466

(p)DUDLEY LAUNDRY CO DBA APPEARA
126 N 3RD ST
NORFOLK NE 68701-4108

Applied Connective Technologies
PO Box 446
Albion, NE 68620-0446

Automated Dairy
PO Box 158
Clearwater, NE 68726-0158

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bazile Creek Power Sports
303 Main St
Creighton, NE 68729-4013

Brunswick State Bank
226 2nd St
Brunswick, NE 68720-3072

Brunswick State Bank
PO Box 85
Magnet, NE 68749-0085

Central Supply
109 n 9th St
Omaha, NE 68102-1100

Chance Mignery
3440 S Smokie Hill Road
Hastings, NE 68901-7473

Chrysler Capital
P.O. Box 660335
Dallas, TX 75266-0335

Cloverdale Equipment
N 13835 Cty Rd E
Curtiss, WI 54422-9081

Danielson Tech Supply
10601 Lackman Rd
Lenexa, KS 66219-1225

(p)DEXTER
ATTN CREDIT DEPARTMENT
2100 N WEST BYPASS
SPRINGFIELD MO 65803-2208

Discover Card
PO Box 30421
Salt Lake City, UT 84130-0421

EMC Insurance
PO Box 219225
Kansas City, MO 64121-9225

Fair Manufacturing
2900 Alumas Rd
Yankton, SD 57078-8008

Ferguson Ag
86285 509th Ave
Orchard, NE 68764-5041

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

Ford Credit
Bankruptcy Dept
PO Box 35911
Cleveland, OH 44135-0911

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

G S Livestock
52552 495th Ave
Ericson NE 68637

Hammer Insurance
125 2nd St
Orchard NE 68764

Harper Industries Inc
151 Hwy 160
Harper KS 67058-8201

Harper Industries, Inc.
151 E US Highway 160
Harper, KS 67058-8201

Herd-Boss LLC
2251 320th St
Rock Valley IA 51247

Hillsboro Industries
220 Ind Rd
Hillsboro KS 67063

Huntington Finance
PO Box 4502
Carol stream IL 60197-4502

Hydrus Detergents
2621 7th Ave South
Estherville IA 51334-2790

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Independent Pest Management
87727 514 Ave
Orchard NE 68764-6436

Interstate Battery
PO Box 2095
Sioux City IA 51104-0095

JCB Finance
PO Box 776908
Chicago, IL 60677-6908

Johnston Farms
85883 514th Ave
Clearwater NE 68726-5254

K M Tire
PO Box 640045
Pittsburgh PA 15264-0045

K&M TIRE, INC
965 SPENCERVILLE ROAD
PO BOX 279
DELPHOS
DELPHOS, OH 45833-0279

KBRX Radio Station
Box 150
Oneill NE 68763-0150

Kelly Supply Company
PO Box 1328
Grand Island NE 68802-1328

Kurtzer(s LLC
24463 County Rd 11
Haxton, CO 80731-9512

Mac Tools
Cameron Armitage
88793 496th Ave
ONeill NE 68763-5729

Matheson Tri-Gas Inc
Dept 3028
PO Box 123028
Dallas TX 75312-3028

Medart Inc
124 Manufacturers
Arnold MO 63010-4727

(p)NEBRASKA DEPARTMENT OF REVENUE
ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Nebraska Dept. of Revenue
PO Box 98915
Lincoln, NE 68509-8915

Need Turf Equipment
Sandhills Global
PO Box 85673
Lincoln NE 68501-5673

Neligh Auto
102 W 11th St
Neligh NE 68756-1066

Norfolk Daily News
PO Box 977
Norfolk NE 68702-0977

Northpoint Commercial Finance, LLC
1105 Lakewood Parkway, Suite 210
Alpharetta, GA 30009-7625

O(Neill Auto Supply
PO Box 299
O(Neill NE 68763-0299

One Office Solution
435 W Norfolk Ave
Norfolk NE 68701-5234

Orchard Lumber
PO Box 81
Orchard NE 68764-0081

Pitzer Digital
314 M Street
Neligh NE 68756-1421

Power Distributing
PO Box 677857
Dallas TX 75267-7857

Quality Iron Metal
204 S D St
Neligh NE 68756-1505

Ranchland Auto Supply
212 E Douglas St
O(Neill NE 68763-1828

Rigid Hitch Inc
3301 W Burnsville
Burnsville MN 55337-4290

Roy Yoder Construction Ltd
6308 Township Rd 603
Millersburg OH 44654

Royal One Stop
1000 W Hwy 20
Royal NE 68773-5069

Santander Consumer USA Inc.
d/b/a Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Select Parts
119 S floyd
PO Box 175
Sioux City IA 51102-0175

Southside Tire Garrett Enterp
N 2453 Hwy 45 S
Antigo Wi 54409-9093

Special T(s & More
PO Box 125
Lynch NE 68746-0125

Spud Trucking
PO Box 194
Clearwater, NE 68726-0194

Stealth Broadband
PO Box 634
Blair NE 68008-0634

Steve Kopf
42815 Rd 770
Lexington NE 68850-3432

Terrance L Nielsen
231 St Paul Rd
Saint Libory NE 68872-2826

Thunder Struck Bumpers
401 Cottage Ave
Abilene, KS 67410-2849

US Auto Force
7984 Solution Center
Chicago IL 60677-0001

US Cellular
Dept 0203
Palatine IL 60055-0001

Union Bank and Trust
PO Box 82535
Lincoln NE 68501-2535

Village of Orchard
POI Box 256
Orchard NE 68764-0256

Philip M. Kelly +
Chapter 7 Trustee
PO Box 419
105 E. 16th Street
Scottsbluff, NE 69361-3140


Philip Kelly +
Douglas, Kelly, Ostdiek, Snyder, Ossian,
105 E. 16th Street
P.O. Box 419
Scottsbluff, NE 69363-0419

Galen E. Stehlik +
Stehlik Law Firm PC LLO
724 West Koenig Street
Grand Island, NE 68801-6556

Thomas O Ashby +
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068


Jerald L. Ostdiek +
Douglas, Kelly, Meade, Ostdiek, Bartels
105 East 16th Street
P.O. Box 419
Scottsbluff, NE 69363-0419

James P Meuret +
James P. Meuret, Attorney at Law
103 Franklin St.
P.O. Box 429
Brunswick, NE 68720-0429

Dustin J Stiles +
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068


Evan  Lincoln Moscov +
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

Jerry L. Jensen +
Acting United States Trustee
Roman L. Hruska U.S. Trustee
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102-1321

Amy Blackburn +
DOJ-Ust
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102-1321


Brian Hockett +
Thompson Coburn LLP
One U.S. Bank Plaza
Suite 2700
St. Louis, MO 63101-1693


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Appeara
126 N 3rd St
Norfolk, NE 68701

Dexter
PO Box 737005
Dallas, TX 75373

First National Bank of Omaha
1601 Dodge St Stop Code 3113
OMAHA, NE 68197


IRS
P.O. Box 145566
Cincinnati, OH 45250

Nebraska Department of Revenue - Bankruptcy
PO BOX 94818
PO BOX 94818
LINCOLN, NE 68509-4818

(d)Scheels
First Nationalk Bank of Omaha
PO box 3696
Omaha, NE 68103-0696


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Huntington Distribution Finance, Inc. form

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients   102
Bypassed recipients     2
Total               104